UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | DOCKET NO. 3:03CR00108(DJS) |
| | : | |
| IVAN GONZALEZ | : | OCTOBER 23, 2007 |

APPEARANCE

    To the Clerk of the court and all parties of record, please enter my appearance as counsel for the United States of America in the above-referenced matter.

    Respectfully submitted,

    KEVIN J. O'CONNOR
    UNITED STATES ATTORNEY


    ALINA P. REYNOLDS
    ASSISTANT UNITED STATES ATTORNEY
    United States Attorney's Office
    915 Lafayette Boulevard Room 309
    Bridgeport, Connecticut   06604
    (203) 696-3000
    FEDERAL BAR NO. ct14968

CERTIFICATE OF SERVICE

    This is to certify that a copy of the within and foregoing was mailed to Andrew P. Gaillard, Esq., Day Pitney LLP-Stamford, Connecticut, One Canterbury Green, Stamford, Connecticut 06901-2047 and Michael L. Oh, Esq., Stratton Faxon, 59 Elm Street, New Haven, Connecticut 06510, this 23rd day of October, 2007.


    ALINA P. REYNOLDS
    ASSISTANT UNITED STATES ATTORNEY